UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jose and Emilia Silva,<br><br>                        Plaintiffs,<br>  v.<br><br>T-Mobile USA, Inc.,<br><br>                        Defendant. | Civil Action No.: 2:13-cv-06583-LFR |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 14, 2014

                                                      Respectfully submitted,

                                                      PLAINTIFFS, Jose and Emilia Silva

                                                      /s/ Jody B. Burton

                                                      Jody B. Burton, Esq.
                                                      Bar No.: 71681
                                                      **LEMBERG LAW LLC**
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile:  (203) 653-3424
                                                      jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF), which sent notice of such filing to the following parties listed below:

David B. Carpenter, Esq.
Derin B. Dickerson, Esq.
Kristine McAlister Brown, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

Seamus C. Duffy, Esq.
Tara S. Sarosiek, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
*Attorneys for Defendant*

                                      By  /s/ Jody B. Burton
                                           Jody B. Burton